No. 634. Cheverés et al. *v.* González et al.—Appeal from the District Court of San Juan, Section 1. Motion to dismiss the appeal. Decided November 21, 1910. Appeal dismissed for noncompliance with section 299 of the Code of Civil Procedure and rule 40 of the rules of the Supreme Court. *Messrs. Damián Monserrat, Jr.,* and *Adrián Agosto* for petitioner. *Mr. José Oller* for respondent.

---

No. —. Nieves *v.* Stevens.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided November 21, 1910. Motion denied. *Messrs. Hord & Scoville* for petitioner. *Mr. José Martínez Dávila* for respondent.

---

No. 266. The People *v.* Feliciano *alias* "Cheche."—Appeal from the District Court of Mayagüez. Decided November 28, 1910. Judgment affirmed. Appellant did not appear. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 271. The People *v.* Marzán.—Appeal from the District Court of Guayama. Decided November 28, 1910. Judgment affirmed. *Mr. L. Abella Blanco* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 276. The People *v.* Tapia.—Appeal from the District Court of San Juan. Decided November 28, 1910. Judgment affirmed. *Mr. José Martínez Dávila* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.